# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KATHY JONES**                                                                              **PLAINTIFF**

**vs.**                                      **CIVIL ACTION NO. 3:18-cv-00279-DPJ-FKB**

**ADVANCED DRAINAGE SYSTEMS, INC.**                           **DEFENDANT**

## ORDER

This cause is before the Court on the motion [16] of David M. Sessums to withdraw as counsel for Plaintiff Kathy Jones. Having considered the motion, the Court concludes the motion is well-taken and should be granted.

Accordingly, it is ordered that David M. Sessums shall be allowed to withdraw from his representation of Plaintiff Kathy Jones. The withdrawal <u>shall only be effective upon the attorney filing a certificate of service</u> indicating that a copy of this order has been served on Kathy Jones.

Kathy Jones <u>shall notify the Court, in writing, on or before August 27, 2018</u>, of her election to either employ private counsel or to proceed *pro se*.

SO ORDERED, this the 19th day of July, 2018.

                                                    /s/ F. Keith Ball
                                                    UNITED STATES MAGISTRATE JUDGE